**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS J.A. MACKENZIE,  )<br>  )<br>          Petitioner,  )<br>  )<br>  v.  )<br>  )<br>ERIC HOLDER (U.S. ATTORNEY GENERAL),  )<br>  )<br>          Respondent.  )<br>_____)  | NO. CV 13-08217-VBF-JC<br><br>JUDGMENT |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent U.S. Attorney General and against petitioner Douglas John Alexander Mackenzie.

DATED: November 27, 2013

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE